1

```
                IN THE UNITED STATES DISTRICT COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION

JOHN R. BENNETT, STACEY              )
ANDREW McNAB and SHARON M. JONES,    )
                                     )
     Plaintiffs,                     )
                                     )
v.                                   )  CIVIL ACTION FILE
                                     )  NO. 1:05-CV-2041-GET
CITY OF MORROW, GEORGIA and          )
JOHN J. LAMPL, Individually and in   )
his official capacity,               )
                                     )
     Defendants.                     )
```

FILED IN CLERK'S OFFICE
U.S.D.C.-Atlanta

JUL 6 - 2006

LUTHER D. THOMAS, Clerk
By: [signature]
Deputy Clerk

The deposition of **John J. Lampl** taken for the purpose of discovery and for all other purposes allowed by the Federal Rules of Evidence and the Federal Rules of Civil Procedure; all formalities waived, including the reading and signing of the deposition; before Susan E. McKoy, Court Reporter and Notary Public in and for the State of Georgia; commencing at 9:55 a.m., on Tuesday, April 4th, 2006, at 800 International Tower, 229 Peachtree Street, Atlanta, Georgia.

---

*Susan E. McKoy*
*Certified Court Reporter*
*3004 Bradshaw Club Drive*
*Woodstock, Georgia 30188*
*(770) 516-2733*