# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

## 1:05-cv-02041-GET
## Bennett et al v. City of Morrow, Georgia et al
## Honorable G. Ernest Tidwell

Minute Sheet for proceedings held In Open Court on 09/18/2007.

| | |
|---|---|
| TIME COURT COMMENCED: 10:00 A.M. | COURT REPORTER: Donna Keeble |
| TIME COURT CONCLUDED: 6:15 P.M. | CSO/DUSM: Joey Vialet |
| TIME IN COURT: 4:15 | DEPUTY CLERK: Janice Micallef |

| | |
|---|---|
| ATTORNEY(S) PRESENT: | Nathan Allen representing City of Morrow, Georgia |
| | Nathan Allen representing John J. Lampl |
| | Earnest Delong representing John R. Bennett |
| | Earnest Delong representing Sharon M. Jones |
| | Douglas Duerr representing City of Morrow, Georgia |
| | Douglas Duerr representing John J. Lampl |
| | Kevin Fitzpatrick representing John R. Bennett |
| | Kevin Fitzpatrick representing Sharon M. Jones |
| PROCEEDING CATEGORY: | Jury Trial Continued; Jury Trial Concluded |
| MINUTE TEXT: | Court opened. Jury Trial continued. Court denied defendant's oral Rule 50 motion. Closing arguments heard. Jury charged. Jury Deliberated. Jury verdict published. Jury trial concluded. |
| TRIAL STATUS: | Trial Completed-Completed by Jury Verdict |
| EXHIBIT STATUS: | Exhibits retained by the Court to be forwarded to the Clerks Office. |